1  Peter Chang
2  2377 Alamo Heights Drive
   Diamond Bar, CA 91765
3  626-905-1555
4



5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10 PETER CHANG,                         Case No: CV16-02503PA(RAOx)
11     Plaintiff in Pro Per
12 vs.                                  JOINT STIPULATION OF
                                        DISMISSAL WITHOUT
13 FIRST NATIONAL BANK OF OMAHA,        PREJUDICE AND ORDER
   N.A.,                                THEREON
14
       Defendant
15
16
17       **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
18       Plaintiff Peter Chang, and Defendant First National Bank of Omaha, hereafter
19 collectively "the Parties," state as follows:
20
21       WHEREAS, The Plaintiff filed a complaint on April 12, 2016, alleging that the
22 Defendant violated the Fair Credit Reporting Act; and
23
24       WHEREAS, The Defendant filed an answer on August 12, 2016, denying all
25 allegations.
26
27       NOW, THEREFORE, the Parties agree and stipulate as follows:
28

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action without prejudice.

2. It is the express intention of all the Parties that dismissal pursuant to this stipulation will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case.

3. The Parties each to bear their own attorney's fees and costs.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO STIPULATED.

Dated: September 1, 2016

_____
Peter Chang, Plaintiff in Pro Per
2377 Alamo Heights Dr
Diamond Bar CA 91765
(626)905-1555

FIRST NATIONAL BANK OF OMAHA, N.A.

Dated: September 1, 2016

_____
Donald T. Dunning
James MacLeod
Attorneys for Defendant
The Dunning Law Firm, APC
4545 Murphy Canyon Rd. #200
San Diego CA 92123
Tel: (858)974-7600

IT IS SO ORDERED.

Date: 9/6, 2016

_____
Honorable Percy Anderson
Chief District Judge

# PROOF OF SERVICE

I, __Peter Chang__ (name), declare as follows. I am over the age of 18 years. My address is:

2377 Alamo Heights Dr
Diamond Bar CA 91765

On __September 2, 2016__ (date), I served the foregoing document described as:

Joint Stipulation of Dismissal Without Prejudice and Order Thereon

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in __Diamond Bar California__ (city, state), addressed to:

Attn: Donald Dunning
      James MacLeod
The Dunning Law Firm (name)
4545 Murphy Cyn Rd #200 (address)
San Diego CA 92123 (address)

_____ (name)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 2, 2016__ (date) at __Los Angeles__ (place of signing).

_____ (signature)
Peter Chang (name)

2
Page Number